FILED
2021 Sep-28 PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED
2021 SEP 27 P 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Anthony Glenn Hunt Jr.
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Nick Smith, Henry Allredd, Mike Cole, Brian Keeton, John Huddleston, Tony Reid, Tina Burgett, Josh Hey, William Adair Jr., Krimson Culverson
Defendant(s) see Attached
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. 7:21-cv-1290-LCB-SGC
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Anthony Glenn Hunt Jr.

All other names by which you have been known:

ID Number: 75309103183

Current Institution: Pickens County Jail

Address: P.O. Box 226

Carrollton (City) AL. (State) 35447 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Nick Smith

Job or Title *(if known)*

Shield Number

Employer

Address: 2001 2nd Ave.

Jasper (City) AL. (State) 35501 (Zip Code)

☒ Individual Capacity ☐ Official Capacity

Defendant No. 2

Name: Mike Cole

Job or Title *(if known)*

Shield Number

Employer

Address: 2001 2nd Ave.

Jasper (City) AL. (State) 35501 (Zip Code)

☒ Individual Capacity ☐ Official Capacity

Defendant No. 3

Name: John Huddelston

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 2001 2nd Ave.

Jasper (City) AL. (State) 35501 (Zip Code)

☒ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name: Tina Burgett

Job or Title *(if known)*:

Shield Number:

Employer: 1803 3rd Ave Suite 205

Address:

Jasper (City) AL. (State) 35501 (Zip Code)

☒ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

See Attached

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Entered Moms home with out permission had only arresst warrant busted down doors took property without warrant for search and Sezire had guns in mom's and niece's face neice is 11

Attached
Page. 3

William Adair Jr.
803 3rd Ave. Suite 205
Individual Capacity

Henry Allredd
1803 3rd Ave. Suite 205
Individual Capacity

Tony Reid
001 2nd Ave.
Jasper AL. 35501
Individual Capacity

Josh Hey
2001 2nd Ave
Jasper, AL. 35501
Individual Capacity

Krimson Culverson
2001 2nd Ave.
Jasper, AL. 35501
Individual Capacity

Brian Keeton
2001 2nd Ave
Jasper, AL. 35501
Individual Capacity

Steven R. Legg
2001 2nd Ave
Jasper, AL. 35501
Individual Capacity

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Entered moms home without obtaining permission had arresst warrant only destroyed my mothers home without proper warrants took items without proper warrant to do so

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

My mothers home 11-4-2020 See Attached

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Attached
Page 4

I was at my mothers home on 11-4-2020. I was in the bed asleep as was my girlfriend, my mother, my 11 year old niece. At 8:00 P.M. my mother's door was Kicked in and guns was drawn on my 11 year old niece and my very sick mother. When asked by my mother why her door was kicked down she was told that it wasn't any of her business that they was serving an arresst warrant. No permission was given by my mother to enter her home. They didn't have a search warrant or search and seziure warrant but items were taken with out proper warrants. My parent's spoke with a lawyer and was told an arresst warrant needed permission to enter home but wasn't interested in takeing case. After arressted was wrongfully imprisoned. I was in custody 10 month's before given legal represtation. My parent's had to spend 1,200 to fix damage to there home. No body cams were used during offense. Attorney Dale Jones Jr. told me at Walker County Jail that every Constitutional right I had was violated. It took federal attorney Stuart D. Albea to help get attorney for charges they have no evidence to convict.

C. What date and approximate time did the events giving rise to your claim(s) occur?

11-4-2020 8:00 p.m

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was at my moms home Tony Reid John Huddelston busted doors down with out permission Teresa Hunt Isabella Hunt Mandy Smith were also there. Also involved: Nick Smith, Mike Cole, Krimson Culverson See Attached Page 3

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am Seeking for damage to home, charges dropped, and $1500 a day for wrongful imprisonment. Plus I was held 10 months with out being appointed legal counsel. I am also seeking $500,000 for punitive damages for loss of property, lost my job, lost my family due to harrassment. And the court make walker County to follow same laws civilians go by.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

________________________________________

________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Pickens County Jail

2. What did you claim in your grievance?

See page 5

3. What was the result, if any?

Given 1983 form

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_______________________________________________

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_______________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_______________________________________________

_______________________________________________

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

Hugo L. Black Judge ~~Abet~~ Abdul Said I failed to claim relief but walker county acted on retalliation of previous lawsuit. And Walker County entered parent's home without obtaining permission. Didn't have search warrant or search and sezure warrant.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Anthony Glenn Hunt Jr.

   Defendant(s) Walker County Medical "PreEmptive Health Solutions"

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Northern District Jefferson County Alabama

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   John E. Ott

5. Approximate date of filing lawsuit

   Around August 2018

6. Is the case still pending?

   ☐ Yes

   ☒ No

If no, give the approximate date of disposition. 6-20-2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Judgment entered in my favor of the amount $25,000.00
   See Attached

Attached
Page 9

I filed previous law suit in 2018 on Walker County Jail and walker county medical staff. Lost on the jail but won on the medical side. Almost 2years later I was at Elmore Correctional facility federal attorney Rebecka Keith McKinney was appointed to my case. I was released from prison April 10th with NO pending charges. After 6-20-2020 when Judge John E. Ott ruled in my favor I started getting harrassed. Then 11-4-2020 charges was brought back up after winning lawsuit. Walker County investigator used false accusations to go around lawsuit to get arrest warrant on probabale cause they illegally entered my parents home. Didn't have search warrant or search and sezure warrant but items were taken without proper warrant to do so.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff Anthony Glenn Hunt Jr.

Prison Identification # 75309103183

Prison Address P.O. Box 226

Carrollton AL. 35447

*City* *State* *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-18-21

(Date)

Anthony G. Hunt Jr.

Signature of Plaintiff