FILED

2022 Jun-09  PM 12:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY GLENN HUNT, JR.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:21-cv-1290-LCB-SGC** |
| | ) | |
| **NICK SMITH,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## OPINION & ORDER

Anthony Glenn Hunt, Jr., a pretrial detainee at the Walker County Jail, brings this case under 42 U.S.C. § 1983. (Doc. 1 at 3–4); (Doc. 8 at 1). In short, Hunt claims that, on November 4, 2020, state police officers broke into and searched his mother's home, and arrested him in violation of his Fourth Amendment rights. (Doc. 1 at 5–6). He also claims that he was wrongfully imprisoned, denied counsel, and denied a speedy trial following his arrest. *Id.* at 6–7. Based on these allegations, Hunt seeks release from custody along with compensatory and punitive damages. *Id.* at 7.[1]

In May 2022, United States Magistrate Judge Staci G. Cornelius screened Hunt's complaint under 28 U.S.C. § 1915A. (Doc. 9 at 5–6). Judge Cornelius recommended that Hunt's claims be dismissed without prejudice because: (1) Hunt

---

[1] For a more thorough summary of Hunt's complaint, see (Doc. 9 at 3–4).

cannot challenge the constitutionality of his confinement or seek damages on behalf of others under § 1983; and (2) exercising jurisdiction over Hunt's claims would contradict the abstention principles established in *Younger v. Harris*, 401 U.S. 37 (1971). *Id.* at 4–5. In response, Hunt filed written objections largely repeating the allegations found in his complaint. (Doc. 10 at 1–2).

Having conducted a de novo review of the entire record, the Court **OVERRULES** Hunt's objections, **ADOPTS** Judge Cornelius's recommendation in its entirety, and **DISMISSES** Hunt's claims without prejudice under 28 U.S.C. § 1915A(b)(1). Hunt should be aware that this order counts as a dismissal for purposes of 28 U.S.C. § 1915(g). The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** June 8, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE